197 So.2d 653

Rodrick M. SINGLETON et ux.

v.

FOODTOWN, INC., et al.

No. 48657.

May 1, 1967.

In re: Employers Surplus Lines, Inc., and Foodtown, Inc., applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of St. Landry. 195 So.2d 439.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.

197 So.2d 653

Dorothy FRANK, individually and for the use and benefit of her minor son, Reginald L. Frank,

v.

ORLEANS PARISH SCHOOL BOARD et al.

No. 48658.

May 1, 1967.

In re: Edward C. Henderson and the Orleans Parish School Board applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 195 So.2d 451.

Writ refused. No error of law under the facts found by the Court of Appeal.

SANDERS, J., is of the opinion a writ should be granted.